FILED
NOV 29 2012
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA          :

                   -v-          :          12-CR-344-S

JOSEPH R. GRYGORCEWICZ,           :

           Defendant.          :

---

## INFORMATION

(29 U.S.C. §501(c))

### COUNT 1

**The United States Attorney Charges That:**

Between on or about November 19, 2009, and on or about March 20, 2011, in the Western District of New York, the defendant, JOSEPH R. GRYGORCEWICZ, while an officer, that is, secretary-treasurer of Transportation Union (UTU) Local Union 1566, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $39,989.72.

All in violation of Title 29, United States Code, Section 501(c).

DATED: Buffalo, New York, November 29, 2012.

                        WILLIAM J. HOCHUL, JR.
                        United States Attorney

BY: _____
                        RUSSELL T. IPPOLITO, JR.
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        (716) 843-5843
                        Russell.Ippolito@usdoj.gov