UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

REPORT & RECOMMENDATION
12-CR-344S

JOSEPH R. GRYGORCEWICZ,,

Defendant(s).

By Order of Judge William M. Skretny dated November 15, 2012, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation as to the defendant's plea of guilty.

On November 29, 2012, the defendant entered a plea of guilty in this case, as set forth in the transcript of the plea proceeding, which is transmitted with this written Report and Recommendation. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed. R. Crim. P. and that your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

SO ORDERED.

Dated: November 29, 2012
       Buffalo, New York

LESLIE F. FOSCHIO
UNITED STATES MAGISTRATE JUDGE